IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| GARY W. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-00613-TWP-TAB |
| | ) |
| | ) |
| CITY OF CARMEL, Acting by and | ) |
| through its Legal Department, and | ) |
| DOUGLAS C. HANEY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' *UNOPPOSED* MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Defendants, City of Carmel and Douglas C. Haney, by counsel, respectfully move the Court for an extension of the dispositive motion deadline. In support thereof, Defendants state:

1. In accordance with the Court's *Order Amending Case Management Plan* dated January 17, 2019 [Doc. 24], the deadline for the filing of dispositive motions is April 30, 2019, and that time has not yet expired.

2. Plaintiff has recently supplemented his discovery responses to include additional videos made by Plaintiff at City of Carmel offices, and additional time is necessary to consider and evaluate those videos.

3. Counsel for Plaintiff is aware of the filing of this motion and has no objection hereto.

1

4. Accordingly, a 7-day extension of the dispositive motion deadline is requested up to and including May 7, 2019.

WHEREFORE, Defendants, respectfully pray for an extension of the dispositive motions deadline as set forth hereinabove, and for all other just and proper relief.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served upon the following persons via the CM/ECF system on April 24, 2019:

Jeffrey S. McQuary
BROWN TOMPKINS LORY

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**Mailing Address**:  P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb