IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| GARY W. BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-00613-TWP-TAB ) |
| CITY OF CARMEL, Acting by and through its Legal Department, and DOUGLAS C. HANEY, | ) ) ) ) |
| Defendants. | ) |

# ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

The Court, having reviewed the *Unopposed Motion to Extend Dispositive Motion Deadline* filed by Defendants, and being duly advised in the premises, now **GRANTS** the same.

**IT IS THEREFORE ORDERED** that the deadline within which the parties may file any dispositive motions is extended up to and including **May 7, 2019**.

Date: 4/25/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Service statement pursuant to Local Rule 5.5(d)**:   (Service will be made electronically on all ECF-registered counsel of record)