IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| GARY W. BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CARMEL, Acting by and through its Legal Department, and DOUGLAS C. HANEY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:18-cv-613-WTL-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# DEFENDANTS' FINAL WITNESS AND EXHIBIT LISTS

## I. WITNESSES

Defendants, by counsel, identify the following witnesses who may be called to testify at trial:

1. **Plaintiff Gary W. Brooks.** Plaintiff may testify about his knowledge of the allegations in the Complaint.

2. **Defendant Douglas C. Haney.** Defendant may testify about his knowledge of the allegations in the Complaint and response in his Answer to the Complaint.

3. **Penny Rahmani.** Ms. Rahmani may testify about her knowledge of the allegations in Plaintiff's Complaint.

4. **James Crider, Director of Administration, City of Carmel.** Mr. Crider may testify about his knowledge of the allegations in Plaintiff's Complaint and City policies with respect to recording in City offices.

5. **Cat Schoenherr, Intern, City of Carmel Department of Community Services (no longer employed by City of Carmel).** Ms. Schoenherr may testify about her knowledge of the events occurring in the City's Department of Community Services on March 4, 2016.

6. **Maggie Crediford, BZA Secretary and Administrative Assistant, City of Carmel Department of Community Services (no longer employed by City of Carmel).** Ms. Crediford may testify about her knowledge of the events occurring in the City's Department of Community Services on March 4, 2016.

7. **Lisa Stewart, Administrative Supervisor, City of Carmel Department of Community Services.** Ms. Stewart may testify about her knowledge of the events occurring in the City's Department of Community Services on March 4, 2016.

8. **Lisa Motz, Officer Administrator of City of Carmel Department of Community Services.** Ms. Motz may testify about her knowledge of the events occurring in the City's Department of Community Services on March 4, 2016.

9. **Nancy Heck, Director of Community Relations and Economic Development of City of Carmel Department of Community Services.** Ms. Heck may testify about her knowledge of the events occurring in the City's Department of Community Services on March 4, 2016.

10. **Courtney Livingston, Administrative Assistant, City of Carmel Department of Law.** Ms. Livingston may testify about her knowledge of the events occurring in the City's Legal Department on May 18, 2017.

11. **Amanda Bennett, Executive Legal secretary, City of Carmel Department of Law.** Ms. Bennett may testify about her knowledge of the events occurring in the City's Legal Department on May 18, 2017.

12. **Brent Liggett, Building and Code Enforcement Official, City of Carmel.** Mr. Liggett may testify about his communications and interaction with Gary W. Brooks.

13. Any City of Carmel Police Department officer who has interacted with Plaintiff Gary Brooks in the past.

14. Any medical professional who has treated Plaintiff Gary Brooks.

## II. EXHIBITS

Defendants, by counsel, identify the following exhibits which may be introduced as evidence at trial:

1. Video of incidents upon which are the basis of this lawsuit.

2. Deposition of Plaintiff Gary W. Brooks taken February 22, 2019.

3. Deposition of Penny Rahmani taken February 22, 2019.

4. Exemplary signs barring recording within parts of City of Carmel

5. Email dated February 18, 2016 from Brent Liggett to Doug Haney

6. Diagram of Department of Community Services offices.

7. Diagram of City of Legal Department offices.

8. All pleadings and motions filed in this matter, along with any and all exhibits attached thereto.

9. All correspondence to or from any of the parties to this matter.

10. All documents identified in the parties' responses to written discovery in this matter.

11. Plaintiff's medical records.

12. Any other exhibit which is identified through further discovery, including but not limited to responses to non-party requests for production.

13. All depositions and exhibits introduced and/or discussed in said depositions.

14. Any exhibit listed by Plaintiff on any exhibit list he may file.

15. Any document produced in discovery.

Defendants reserve the right to amend this list, as discovery remains ongoing.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served upon the following persons via the CM/ECF system on May 1, 2019:

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**Mailing Address**: P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb

4