IN THE UNITED STATES DISTRICT COURT
FOR THE SOTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY W. BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | Cause No. 1:18-cv-613 TWP-TAB |
| CITY OF CARMEL, Acting by and Through ) | |
| its Legal Department, and DOUGLAS C. ) | |
| HANEY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S FINAL LISTS OF WITNESSES AND EXHIBITS**

Plaintiff Gary W. Brooks, by counsel, respectfully makes his Final Lists of Witness and Exhibits.

**Witnesses**

1. Gary W. Brooks, Plaintiff

2. Douglas C. Haney, Defendant

3. W. Hanson, M.D. Radiologist who examined Plaintiff's x-ray on May 18, 2017

4. David R. Johnson, M.D. Emergency room doctor will testify regarding treatment on May 18, 2017

5. Troy Payner, M.D; Physician assigned to Plaintiff by Social Security Administration

6. Bryan London, M.D; Physician assigned to Plaintiff by Social Security Administration

7. Penny Rahmani; Plaintiff's companion; can testify to the impact of Plaintiff's disability on his daily life

8. Keeper of Records, City of Carmel

9. Any witness listed by a Defendant

10. Any witness needed for impeachment, authentication, or rebuttal.

### Exhibits

1. Tort Claim Notice

2. Certified Mail return receipt for Tort Claim Notice

3. Emergency Room Note for May 18, 2017

4. Audio/video recording of incident on March 4, 2016 at the Carmel Zoning Office

5. Audio/video recording of incident on May 18, 2017 at the Carmel Legal Department

6. Audio/video recording of Brooks' encounter with Carmel employees on March 7, 2016[1] to obtain accident report from CPD

7. Audio/video recording of Brooks' encounter with Carmel employees on April 6, 2017 to discuss problem with yellow enclosed trailer on property

8. Audio/video recording of Brooks' encounter with Carmel employees on October 27, 2017 to pick up tort claim form

9. Audio/video recording of Brooks' encounter with Carmel employees on November 30, 2012 at the Carmel Law Department

---

[1] The dates shown on this List are the actual date of the occurrence. In some case the date displayed on the video may be incorrect because the clock on the recorder was set erroneously.

10. Audio/video recording of Brooks' encounter with Carmel employees on February 28, 2014 to pick up dash cam video

11. Audio/video recording of Brooks' encounter with Carmel employees on May 24, 2017 at CPD

12. Audio/video recording of Brooks' encounter with Carmel employees on March 5, 2019 at CPD

13. Audio/video recording of Brooks' encounter with Carmel employees on February 28, 2014 at CPD

14. Other audio/visual recordings of Plaintiff's interaction with Carmel City officials

15. Audio/visual recordings of Plaintiff's visits to government offices other than those of the City of Carmel

16. Documents establishing the determination of disability by the Social Security Administration

17. Any exhibit listed by a Defendant in this action

18. Any exhibit needed for impeachment, authentication, or rebuttal.

Respectfully submitted,

/s/ Jeffrey S. McQuary, #16791-49
BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed on May 1, 2019 A.D. using the Court's CM/ECF system and is available to all attorneys of record using the same, or was deposited in the U.S. Mail and addressed as follows:

Paul T. Belch
Travelers Staff Counsel Office
280 East 96th Street, Suite 325
Indianapolis, IN 4640

/s/ Jeffrey S. McQuary
Jeffrey S. McQuary, 16791-49
BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329
jmcquary@btlmlaw.com