IN THE UNITED STATES DISTRICT COURT
FOR THE SOTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY W. BROOKS,                )<br>                                                 )<br>         Plaintiff,                          )<br>                                                 )<br>              V.                             )<br>                                                 )<br>CITY OF CARMEL, Acting by and Through)<br>its Legal Department, and DOUGLAS C.   )<br>HANEY,                                   )<br>                                                 )<br>         Defendants.                    )   | Cause No. 1:18-cv-613 TWP-TAB |

## **STATEMENT OF CLAIMS**

Plaintiff Gary W. Brooks, by counsel, respectfully makes his Statement of Claims in this cause.

**Factual Synopsis**

Plaintiff Gary W. Brooks suffers from a disability in that a brain aneurism in 1995 left him with a limited ability to form memories. In order to retain information about his important life activities Brooks audio-video records himself going about his business, including making recordings of visits to government offices and his interactions with government officials. The City of Carmel maintains a policy of forbidding citizens from making recordings in City offices—even in the parts of City offices that are accessible to the general public. On several occasions Brooks visited Carmel City offices with his video and was told that he was forbidden to record and that if he persisted the police would be called. On at least two occasions City Attorney Douglas C. Haney physically confronted Brooks, ordered him to either cease recording

or leave, and pushed or shoved Brooks out of the office. On one of those occasions Haney injured Brooks' wrist.

**Legal Claims**

1. Carmel's policy of forbidding citizens to record their activities in the publicly accessible areas of City offices violates Brooks' First Amendment right to self-expression.

2. Carmel's refusal to accommodate Brooks' disability violates Title II of the Americans With Disabilities Act.

3. Douglas Haney's forcible removal of Brooks from City offices constitutes an unreasonable seizure under the Fourth Amendment

4. Haney's physical confrontations with Brooks constitute battery under Indiana law.

**Withdrawn Claim**

Plaintiff does not intend to pursue his claims against Defendants for a conspiracy to violate his civil rights pursuant to 42 U.S.C. § 1985. That claim is withdrawn.

Respectfully submitted,

/s/ Jeffrey S. McQuary, #16791-49
BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed on May 2, 2019 A.D. using the Court's CM/ECF system and is available to all attorneys of record using the same, or was deposited in the U.S. Mail and addressed as follows:

Paul T. Belch
Travelers Staff Counsel Office
280 East 96th Street, Suite 325
Indianapolis, IN 4640

/s/ Jeffrey S. McQuary
Jeffrey S. McQuary, 16791-49
BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329
jmcquary@btlmlaw.com