UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY W. BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:18-cv-00613-TWP-TAB |
| | ) |
| CITY OF CARMEL Acting by and Through its | ) |
| Legal Department, | ) |
| DOUGLAS C. HANEY, | ) |
| | ) |
| Defendants. | ) |

**SCHEDULING ORDER**

This matter has been reassigned to District Judge Tanya Walton Pratt. Having approved the Case Management Plan as submitted, the Court hereby sets the final pretrial conference on December 31, 2019 at 2:00 p.m. in Room 330, and the jury trial to begin on January 27, 2020 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The final pretrial conference is for attorneys only. At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial. Counsel shall review the Court's Courtroom Procedures and Trial Practice.

IT IS SO ORDERED.

Date:   5/15/2019

*Tanya Walton Pratt* (signature)

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Paul Thomas Belch
TRAVELERS STAFF COUNSEL
pbelch@travelers.com

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@btlmlaw.com