IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY W. BROOKS, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) |
| CITY OF CARMEL, Acting by and Through its Legal Department, and DOUGLAS C. HANEY, | ) ) ) ) ) |
| Defendants. | ) ) |

Cause No. 1:18-cv-613 TWP-TAB

## ORDER ENLARGING TIME TO FILE BRIEF

Plaintiff has moved to enlarge his time to respond to Defendants' Motion for Summary Judgment. Having considered the Motion and been advised in the premises, the Court finds that Plaintiff's Motion should be and is GRANTED. The Court therefore ORDERS that Plaintiff's time in which to respond to Defendants' Motion for Summary Judgment shall be enlarged by twenty-eight (28) days up to and including July 2, 2019.

Date: 5/31/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF