IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| GARY W. BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00613-TWP-TAB |
| ) | |
| ) | |
| CITY OF CARMEL, Acting by and ) | |
| through its Legal Department, and ) | |
| DOUGLAS C. HANEY, ) | |
| ) | |
| Defendants. ) | |

# DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, by counsel, respectfully move the Court for an extension of time to file a reply in support of their Motion for Summary Judgment and, in support thereof, state:

1. Defendants filed their *Motion for Summary Judgment* and supporting memorandum and designation of evidence on May 7, 2019 [Doc. 32-34].

2. Plaintiff filed his *Brief in Opposition* on July 2, 2019 [Doc. 42].

3. Defendants' reply is currently due on July 16, 2019, and said time has not expired.

4. Defendants are requesting a 14-day extension of time up to and including July 30, 2019, within which to file a reply.

5. Counsel for Plaintiff is aware of the filing of this motion and has **no objection** hereto.

WHEREFORE, Defendants, by counsel, respectfully move the Court for an extension of time up to and including July 30, 2019, within which to file a reply in support of their Motion for Summary Judgment, and for all other just and proper relief.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL INDIANA**

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically using the Case Management/Electronic Case Files ("CM/ECF") system and served upon the following persons via the CM/ECF system on July 11, 2019:

Jeffrey S. McQuary
BROWN TOMPKINS LORY

By: */s/ Paul T. Belch*
Paul T. Belch, 18533-49

TRAVELERS STAFF COUNSEL INDIANA
280 East 96th Street, Suite 325, Indianapolis, IN 46240
**_Mailing Address_**:  P. O. Box 64093, St. Paul, MN 55164-0093
PH (317) 818-5111
FX (317) 818-5124
pbelch@travelers.com

PTB:gb