IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| GARY W. BROOKS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-00613-TWP-TAB |
| CITY OF CARMEL, Acting by and through its Legal Department, and DOUGLAS C. HANEY, | ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE
REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The Court, having reviewed the *Unopposed Motion for Enlargement of Time to file Reply in Support of Defendants' Motion for Summary Judgment* filed by Defendants, and being duly advised in the premises, now **GRANTS** said Motion.

**IT IS THEREFORE ORDERED** that the time within which Defendants are required to file a reply in support of their Motion for Summary Judgment is enlarged to and including **July 30, 2019**.

Date: 7/12/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Service statement pursuant to Local Rule 5.5(d)**:  Service will be made electronically on all ECF-registered counsel of record