IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| GARY W. BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-00613-TWP-TAB ) ) |
| CITY OF CARMEL, Acting by and through its Legal Department, and DOUGLAS C. HANEY, | ) ) ) ) |
| Defendants. | ) ) |

# JOINT MOTION TO VACATE JURY TRIAL AND REMAINING CORRESPONDING CASE MANAGEMENT DEADLINES

The parties, by respective counsel, respectfully move the Court to vacate the jury trial set January 27, 2020, and remaining corresponding case management deadlines and, in support thereof, state:

1. This case is presently set for jury trial on <u>January 27, 2020, at 9:00 A.M</u>.

2. Defendants have filed a motion for summary judgment [Doc. 32], which Plaintiff has opposed [Doc. 42]. Defendants filed their supporting reply on July 30, 2019 [Doc. 46] and, to date, this motion remains pending before the Court.

3. With the final pre-trial conference currently scheduled for December 31, 2019, jury instructions are now due on December 17, 2019 and these and other pre-trial filings would almost certainly require major

revision in light of the Court's anticipated ruling on summary judgment. Thus, in the interests of judicial economy, the pending trial date and corresponding case management dates should be vacated until such time as the Court rules on the motion for summary judgment.

4. Accordingly, the parties request that the current jury trial date and remaining case management deadlines be vacated and rescheduled at the convenience of the Court.

WHEREFORE, the parties request that the jury trial date and remaining corresponding case management deadlines be vacated and rescheduled at the convenience of the Court, and for all other just and proper relief.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **BROWN TOMPKINS LORY** | **TRAVELERS STAFF COUNSEL INDIANA** |
| By: */s/Jeffrey S. McQuary* <br> Jeffrey S. McQuary, 16791-49 <br> 608 East Market Street <br> Indianapolis, IN 46202 <br> PH (317) 631-6866 <br> jmcquary@btlmlaw.com | By: */s/Paul T. Belch* <br> Paul T. Belch, 18533-49 <br> 280 East 96th Street, Ste. 325 <br> Indianapolis, IN 46240 <br> **Mailing:** P. O. Box 64093 <br> St. Paul, MN 55164-0093 <br> pbelch@travelers.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |