IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| GARY W. BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-00613-TWP-TAB ) ) |
| CITY OF CARMEL, Acting by and through its Legal Department, and DOUGLAS C. HANEY, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER VACATING JURY TRIAL AND REMAINING CORRESPONDING CASE MANAGEMENT DEADLINES

The parties, by respective counsel, having filed their Joint *Motion to Vacate Jury Trial and Remaining Corresponding Case Management Deadlines*, and the Court, being duly advised in the premises, now **GRANTS** said motion.

**IT IS THEREFORE ORDERED** that the final pretrial set December 31, 2019 and the jury trial set January 27, 2020, are **VACATED**. This matter is RESCHEDULED for final pretrial on July 15, 2020 at 2:00 p.m. in Room 330 and trial by jury on August 10, 2020 at 9:00 a.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. The CMP deadlines are adjusted accordingly.

Date: 12/6/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Service statement pursuant to Local Rule 5.5(d)**: (Service will be made electronically on all ECF-registered counsel of record)