IN THE UNITED STATES DISTRICT COURT
FOR THE SOTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY W. BROOKS,           )<br>                                            )<br>    Plaintiff,                      )<br>                                            )<br>            V.                         )<br>                                            )<br>CITY OF CARMEL, Acting by and Through)<br>its Legal Department, and DOUGLAS C.    )<br>HANEY,                                )<br>                                            )<br>    Defendants.                    ) | Cause No. 1:18-cv-613 TWP-TAB |

**MOTION FOR CONTINUANCE OF FINALAL PRE-TRIAL CONFERENCE**

Plaintiffs, by counsel, respectfully move to continue the Final Pre-Trial Conference. pre-trial conference is set for July 15, 2020.

1. This matter is set for Final Pre-Trial Conference on July 15, 2020.

2. The undersigned attorney has a family reunion planned out-of-state during the week of July 13, 2020 and wishes to be able to travel to it.

3. Plaintiff therefore requests that the Final Pre-Trial Conference be moved to a date either before or after the week of July 13, 2020.

4. The undersigned has informed defense counsel, Paul T. Belch, of this Motion and he does not object to it.  Mr. Belch further states that he will be on vacation from June 24 to July1, 2020.

**WHEREFORE,** Plaintiff prays that the Court will grant a short continuance of the July 15, 2020 final pre-trial conference.

Respectfully submitted,

/s/ Jeffrey S. McQuary, #16791-49
BROWN TOMPKINS LORY
608 East Market Street
Indianapolis, IN 46202
Telephone: (317) 631-6866
Facsimile: (317) 685-2329

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed on May 20, 2020 A.D. using the Court's CM/ECF system and is available to all attorneys of record using the same.

>/s/ Jeffrey S. McQuary
> Jeffrey S. McQuary, 16791-49
> 608 East Market Street
> Indianapolis, IN 46202
> Telephone: (317) 631-6866
> Facsimile: (317) 685-2329
> jmcquary@btlmlaw.com